# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CENTRAL MONTANA RAIL, INC. and STATE OF MONTANA, DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiffs,<br><br>-v-<br><br>NORTHWESTERN CORPORATION, d/b/a NORTHWESTERN ENERGY,<br><br>Defendant. | CAUSE NO. CV-23-18-GF-JTJ<br><br>Hon. John T. Johnston<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES IN AMENDED SCHEDULING ORDER** |

This matter comes before the Court on an unopposed motion to extend the remaining deadlines in the Amended Scheduling Order (Doc. 22). The Court finds sufficient good cause exists to support this motion.

IT IS ORDERED that the motion is granted. The deadlines set forth in the Amended Scheduling Order SHALL BE EXTENDED as set forth below:

| | New Deadlines |
|---|---|
| Plaintiffs shall disclose liability and damages experts and Defendant shall disclose liability experts (with Rule 26(a)(2)(B) reports) on or before: | July 8, 2024 |
| Defendant shall disclose damages experts (with Rule 26(a)(2)(B) reports) on or before: | August 8, 2024 |

| | |
|---|---|
| Discovery shall close on: | November 3, 2024 |
| All pretrial motions, other than discovery motions, shall be filed (with supporting brief) on or before: | December 17, 2024 |
| Attorney Conference to discuss preparation of the final pretrial order shall be conducted on or before: | January 15, 2025 |
| Proposed final pretrial order shall be filed on or before: | January 22, 2025 |
| Final pretrial conference: | February 10, 2025 at 11:00 a.m. |
| Notice to Court Reporter of Intent to Use Real-Time and Notice to I.T. of Intent to Use Electronic Exhibits or Videoconferencing | February 18, 2025 |
| Trial briefs (optional), jury instructions and a verdict form shall be filed on or before: | February 18, 2025 |
| Trial (6 member jury): | February 25, 2025 at 9:00 a.m. |

DATED this 14th day of February, 2024

_____
John Johnston
United States Magistrate Judge